JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMAD IBRAHIM,<br><br>    Petitioner,<br><br>    v.<br><br>JEH JOHNSON, Secretary of Department of Homeland Security, *et al.*,<br><br>    Respondent. | No. CV 16-5702-JAK (AGR)<br><br>**JUDGMENT** |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition in this matter is denied as moot.

DATED: November 28, 2016

_____
JOHN A. KRONSTADT
United States District Judge